UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

**SONYA SMITH**,

        Plaintiff,

   v.

**HUY NGUYEN,**

        Defendant.

Case No.  16-cv-1714-YGR

**ORDER DISMISSING CASE**

    On May 6, 2016, plaintiff Sonya Smith filed a request for dismissal of this action without prejudice.  (Dkt. No. 13.)  Good cause appearing, the Court **GRANTS** plaintiff's request.  This action is **DISMISSED WITHOUT PREJUDICE**.

    This Order terminates this case.

    **IT IS SO ORDERED.**

Dated:  May 13, 2016

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**